822

822 MILLS vs. CIRCUIT JUDGE (Wayne), 77 M., 210.

To set aside a preliminary injunction.

Denied October 30, 1889, without costs.

The injunction commanded relator to refrain from interfering with the construction and operation of an electric street railway system upon one of the avenues in the city of Detroit.


823 CITY OF DETROIT vs. CIRCUIT JUDGE (Wayne), No. 13459½.

To compel respondent to set aside an injunction requiring the common council to desist and refrain from granting permission to move a building across the trolley system of an electric street railway company, and from cutting said trolley wires, and from interfering with the operation of said trolley system.

Order to show cause denied April 11, 1893.


823½ UNION STREET RAILWAY COMPANY vs. CIRCUIT JUDGE (Saginaw), 4 D. L. N., 455; 71 N. W., 1073.

To compel respondent to issue a preliminary injunction restraining the City of Saginaw from revoking relator's franchise and removing its tracks from the city streets.

Denied July 13, 1897.

The ordinance granting the franchise to relator provided that it should pay for the cost of paving between its tracks and empowered the city in default of said payment to revoke the franchise and remove the tracks.

Held, that the contract is fully sanctioned by the statute, How., Sec. 3548; that inability to pay does not relieve relator from the consequences of the default, and that no judicial determination is necessary to determine such default.